# Exhibit B

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE: GOOGLE LLC,**
*Petitioner*

2021-171

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:20-cv-00453-ADA, Judge Alan D. Albright.

**ON PETITION FOR REHEARING EN BANC**

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, BRYSON[1], DYK, PROST, O'MALLEY, REYNA, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.[*]

PER CURIAM.

# O R D E R

Respondent Jenam Tech, LLC filed a petition for rehearing en banc. The petition was first referred a petition for rehearing to the panel that heard the appeal, and

---

[1] Circuit Judge Bryson participated only in the decision on the petition for panel rehearing.

[*] Circuit Judge Cunningham did not participate.

2                                                                          IN RE: GOOGLE LLC

thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

November 23, 2021                   /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court