**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| JENAM TECH, LLC, | Civil Action No. 6:21-cv-00271-ADA |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | PATENT CASE |
| GOOGLE LLC, | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

The Court, having reviewed and considered Plaintiff Jenam Tech, LLC and Defendant Google LLC's Joint Motion to Transfer the Case to the United States District Court for the Northern District of California, does hereby **ORDER** this action **TRANSFERRED** to the United States District Court for the Northern District of California.

**SIGNED** this _____ day of _____, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1

1771538