UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENAM TECH, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Civil Action No. 6:21-cv-00271-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**ORDER GRANTING JOINT MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

  The Court, having reviewed and considered Plaintiff Jenam Tech, LLC and Defendant Google LLC's Joint Motion to Transfer the Case to the United States District Court for the Northern District of California, does hereby **ORDER** this action **TRANSFERRED** to the United States District Court for the Northern District of California.

  **SIGNED** this 1st day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE